# United States Bankruptcy Court
# Central District of California

In re:
Katherine Beniger

CHAPTER NO.: 7

CASE NO.: 2:23–bk–12007–ER

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

- ☐ Summary(Form 106Sum or 206Sum)
- ☐ Schd A/B(Form106A/B or 206A/B)
- ☐ Schedule C (Form 106C)
- ☐ Schedule D (Form 106D or 206D)
- ☐ Schd E/F(Form106E/F or 206E/F)
- ☐ Schedule G (Form 106G or 206G)
- ☐ Schedule H (Form 106H or 206H)
- ☐ Schedule I (Form 106I)
- ☐ Schedule J (Form 106J)
- ☐ Decl Re Sched (Form 106Dec)
- ☐ Decl for Non–Indiv (Form 202)
- ☑ StmtFinAffairs(Form107 or 207)
- ☑ Statement (Form 122A–1)
- ☐ Means Exempt.(Form 122A–1Supp)
- ☐ Means Calculation(Form 122A–2)
- ☑ Other *(Specify):*

REQUIRES HOLOGRAPHIC SIGNATURE HANDWRITTEN IN INK PURSUANT TO LBR 90111/SECTION 4 OF
THE CENTRAL GUIDE. DOCUSIGN AFFIXATIONS MAY NOT BE SUBSTITUTED FOR HANDWRITTEN SIGNATURES.

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1) File the required documents. If the document is filed electronically, no hard copy needs to be submitted to the court. (See Local Bankruptcy Rule 5005–2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2) File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: <u>April 3, 2023</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mdeforco – Rev 04/2019)

**7 – 1 / LG**